NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JEROME C. SILLS,**
*Petitioner*

**v.**

**NATIONAL LABOR RELATIONS BOARD,**
*Respondent*

---

2024-2186

---

Appeal from the National Labor Relations Board in No. 01-CA-334849.

---

## O R D E R

Upon consideration of the parties' joint stipulation of voluntary dismissal of the above-captioned appeal pursuant to Federal Rule of Appellate Procedure 42(b), with each side to bear its own costs,

IT IS ORDERED THAT:

(1)  This appeal is dismissed.

(2)  All pending motions are denied.

2                                                              SILLS v. NLRB

(3)  Each side shall bear its own costs.

FOR THE COURT



October 28, 2024                                Jarrett B. Perlow
     Date                                            Clerk of Court

ISSUED AS A MANDATE:  October 28, 2024